IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. HOLLISTER, | No. CIV S-11-1832-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's motion to remand this action to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g).

      Defendant states that a significant portion of the recording from plaintiff's administrative hearing is inaudible.  With the recording being inaudible, no transcript can be produced for completing the record.  Such procedural defect requires a remand for the defendant to hold a new administrative hearing.  Defendant further states that once the new hearing has been held, and the record completed, this action may be reinstated.

/ / /

1

Good cause appearing therefore, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of the Social Security administration pursuant to sentence six of 42 U.S.C. § 405(g), and the Clerk of the Court is directed to close this file.

DATED: November 16, 2011

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE