BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8927
   Facsimile:  (415) 744-0134
   E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH HOLLISTER,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO. 2:11-01832 CMK<br><br>**ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |

    Upon the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that this action be reopened and that JUDGMENT be hereby entered affirming the August 24, 2012, post-remand, final decision of the Commissioner of Social Security.

    IT IS SO ORDERED


DATED:  January 2, 2013

                                                    _____
                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE